[None]

WILLIAM B. TORRENCE

v.

JOHN WATSON

1808

JOURNAL ENTRIES

1. Arguments heard . . . . . . . . . *Journal, infra,* \*p. 131
2. Judgment . . . . . . . . . . . . . " 164

PAPERS IN S. C. FILE

1. Copy of district court record . . . . . . . . *Printed in Vol. 2*
2. Appeal bond . . . . . . . . . . . . "

PAPERS IN D. C. FILE

1. Declaration . . . . . . . . . . . . . . . .
2. Statement of evidence . . . . . . . . . . . . . .

IN THE MATTER OF MARY MURDOCK

1808

JOURNAL ENTRIES

1. No presentment; prisoner discharged . . . *Journal, infra,* \*p. 131

PAPERS IN FILE

[None]